IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAPPY STOMPINGBEAR**                                                                                  **PLAINTIFF**
**ADC #651503**

v.                                  Case No. 4:21-cv-00226-KGB

**DEXTER PAYNE,**
**Director, Arkansas Division of Correction,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Happy Stompingbear's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged, this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge